IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIANE L. COLBY,<br>[DOB:  09/25/1977]<br><br>    Defendant. | Case No. _____<br><br>COUNT ONE:<br>*Conspiracy to Distribute Heroin*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846<br>NMT 20 Years' Imprisonment<br>NMT $1,000,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>COUNTS TWO and THREE:<br>*Use of a Communication Facility*<br>21 U.S.C. §§ 843(b) and (d)<br>NMT 4 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 1 Year Supervised Release<br>Class E Felony<br><br>COUNT FOUR:<br>*Attempted Distribution of Heroin*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846<br>NMT 20 years' Imprisonment<br>NMT $1,000,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment on Each Count |

## S E C R E T   I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

The Conspiracy and Its Object

1. Beginning at a time unknown to the Grand Jury, but by no later than on or about August 1, 2019, and continuing through and until at least on or about August 10, 2019, said dates being approximate, in the Western District of Missouri and elsewhere, Juliane L. Colby, defendant

herein, and co-conspirators not indicted herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others, both known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

<u>Manner and Means By Which The Conspiracy Was Carried Out</u>

2. The members of the conspiracy used various manners and means to carry out the scheme to smuggle heroin and contraband into the Western Missouri Correctional Center (WMCC) in Cameron, Missouri, including, but not limited to, the following:

3. It was part of the conspiracy that defendant Juliane L. Colby, acquired heroin to smuggle to an inmate at the WMCC in Cameron, Missouri.

4. It was further part of the conspiracy that the conspirators, including defendant Juliane L. Colby, made telephone calls, i.e., used a communication facility, for the purpose of promoting or carrying out the smuggling of heroin and other contraband to an inmate at the WMCC.

5. It was further part of the conspiracy that the conspirators, including defendant Juliane L. Colby secreted heroin into an envelope marked as "Legal Mail" and also placed numerous pleadings and documents from a criminal court case along with other contraband into the envelope labelled with a return address for a law firm purportedly located in Harrisonville, Missouri.

6. It was further part of the conspiracy that the conspirators, including defendant Juliane L. Colby identified an inmate associated with and housed with conspirators within the

WMCC to receive the contraband envelope. This inmate at the WMCC was listed as the addressee on the envelope marked "Legal Mail" containing heroin and contraband.

7. It was further a part of the conspiracy that the conspirators, including defendant Juliane L. Colby, used the United States Mail as a method to deliver heroin and other contraband to conspirators at the WMCC.

Overt Acts

8. In furtherance of the conspiracy, and to accomplish the object of the conspiracy, one or more members of the conspiracy committed or caused to be committed various overt acts within the Western District of Missouri and elsewhere including, but not limited to, the following:

9. Between on or about August 3, 2019, and August 9, 2019, defendant Juliane L. Colby and a conspirator at the WMCC had a series of phone conversations during which they used a variety of code words to discuss the plan to mail heroin and contraband into the WMCC.

10. On or about August 6, 2019, defendant Juliane L. Colby executed the plan the conspirators had discussed over the phone when she mailed an envelope marked as "Legal Mail" purportedly from a Harrisonville, Missouri, law firm from a post office in Shawnee, Kansas, to an inmate at the WMCC. The envelope defendant Juliane L. Colby mailed contained a mixture or substance containing a detectable amount of heroin, legal paperwork, and other contraband items.

11. Each of the acts charged in Counts Two through Four are incorporated herein by reference as overt acts committed and caused to be committed in furtherance of the charged conspiracy.

**COUNT TWO**

12. On or about August 3, 2019, in the Western District of Missouri and elsewhere, Juliane L. Colby, defendant herein, did knowingly and intentionally use a communication facility,

a cellular telephone, in committing, causing, and facilitating the offenses set forth in Counts One and Four of this Indictment, incorporated by reference herein. All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT THREE

13. On or about August 6, 2019, in the Western District of Missouri and elsewhere, Juliane L. Colby, defendant herein, did knowingly and intentionally use a communication facility, the United States Postal Service, in committing, causing, and facilitating the offenses set forth in Counts One and Four of this Indictment, incorporated by reference herein.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT FOUR

14. On or about August 6, 2019, in the Western District of Missouri and elsewhere, Juliane L. Colby, defendant herein, did knowingly and intentionally attempt to distribute some amount of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Juliane L. Colby placed a mixture or substance containing a detectable amount of heroin into an envelope marked as "Legal Mail" and she paid the postage to mail the envelope to an inmate at the WMCC, both acts constituting a substantial step towards the distribution of a mixture or substance containing heroin to another person.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

A TRUE BILL.

*/s/ Pamela Carter-Smith*
FOREPERSON OF THE GRAND JURY

*/s/ Brent Venneman*
Brent Venneman
Assistant United States Attorney

Dated: 3/16/2021